The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

M.R., by and through her parents and guardians, Mi.R. AND C.R., individually, on behalf of PUGET SOUND ENERGY, INC. HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals and plans,

Plaintiff,

v.

GROUP HEALTH COOPERATIVE, a Washington corporation,

Defendant.

CASE NO. 2:15-CV-01729 RSL

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that all claims by M.R., by and through her parents and guardians, Mi.R and C.R., individually and on behalf of Puget Sound Energy Inc., Health Benefit Plan against Group Health Cooperative, are dismissed with prejudice and without cost. The claims of the putative class are dismissed without prejudice.

STIPULATION AND ORDER OF DISMISSAL - 1
2:15-cv-01729 RSL
#1074266 v1 / 22408-199

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  DATED this 31st day of January, 2017

2                                          KARR TUTTLE CAMPBELL

3                                          */s/ Medora A. Marisseau*
                                           Medora A. Marisseau, WSBA#23114
4                                          701 Fifth Avenue, Suite 3300
                                           Seattle, Washington 98104
5                                          Phone: (206) 223-1313
                                           Fax: (206) 682-7100
6                                          Email: mmarisseau@karrtuttle.com
7                                          *Attorneys for Defendant Group Health Cooperative*

8
                                           SIRIANNI YOUTZ SPOONEMORE HAMBURGER
9

10                                         */s/ Eleanor Hamburger*
                                           Eleanor Hamburger, WSBA #21833
11                                         701 Fifth Avenue, Suite 3300
                                           Seattle, WA 98104
12                                         Email: Ele@sylaw.com
                                           Phone: (206) 223-0303
13                                         Fax: (206) 223-0246
                                           *Attorneys for Plaintiffs*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL - 2
2:15-cv-01729 RSL
#1074266 v1 / 22408-199

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that all claims by M.R., by and through her parents and guardians, Mi.R and C.R. individually and on behalf of Puget Sound Energy Inc., Health Benefit Plan are dismissed in their entirety, with prejudice. The claims of the putative class members are dismissed without prejudice.

IT IS SO ORDERED.

DATED: Feb. 2, 2017

_____
HON. ROBERT S. LASNIK

Presented by:

KARR TUTTLE CAMPBELL

/s/ Medora A. Marisseau
Medora A. Marisseau, WSBA#23114
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com
*Attorneys for Defendant Group Health Cooperative*

SIRIANNI YOUTZ SPOONEMORE HAMBURGER

/s/ Eleanor Hamburger
Eleanor Hamburger, WSBA #21833
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: Ele@sylaw.com
Phone: (206) 223-0303
Fax: (206) 223-0246
   *Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL - 3
2:15-cv-01729 RSL
#1074266 v1 / 22408-199

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100